925 F.2d 1479
 Unpublished Disposition
NOTICE: Federal Circuit Local Rule 47.8(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
Andrew KOZER, Petitioner,
v.
OFFICE OF PERSONNEL MANAGEMENT, Respondent.
 No. 90-3466.
 United States Court of Appeals, Federal Circuit.
 Jan. 14, 1991.
 
 Before CLEVENGER, Circuit Judge, COWEN, Senior Circuit Judge, and RADER, Circuit Judge.
 DECISION
 PER CURIAM.
 
 
 1
 Andrew Kozer appeals from a decision of the Merit Systems Protection Board (MSPB or Board), No. AT831E8910498. He claimed that he was entitled to disability retirement, but the Board dismissed his appeal on the ground that his case was moot. We affirm the Board's decision.
 
 OPINION
 
 2
 On March 2, 1988, Mr. Kozer applied for disability
 
 
 3
 retirement from his position as a Distribution Clerk with
 
 
 4
 the United States Postal Service. The application was
 
 
 5
 denied by the Office of Personnel Management and the Atlanta
 
 
 6
 office of the MSPB affirmed the disallowance. He then filed
 
 
 7
 a petition for review with the full Board.
 
 
 8
 On June 30, 1989, Mr. Kozer applied for optional or
 
 
 9
 nondisability retirement. That application was granted and
 
 
 10
 he has since been receiving optional retirement pay. It is
 
 
 11
 undisputed that Mr. Kozer's annuity is equal to what it
 
 
 12
 would have been had he been granted disability retirement.
 
 
 13
 The Board also found that he is actually in a better
 
 
 14
 position than he would have been had he been granted
 
 
 15
 disability retirement, because he does not have to annually
 
 
 16
 reestablish his disability. Therefore, the Board correctly
 
 
 17
 dismissed his appeal as moot, because he had no legally
 
 
 18
 cognizable interest in the outcome of the case. Murphy v.
 
 
 19
 Hunt, 455 U.S. 478, 481 (1980); Harner v. Merit Sys.
 
 
 20
 Protection Bd., 815 F.2d 668, 670-71 (Fed.Cir.1987).
 
 
 21
 Since Mr. Kozer has failed to show that the Board's decision
 
 
 22
 should be reversed on any of the grounds set forth in 5
 
 
 23
 U.S.C. Sec. 7703, the applicable statute, it follows that
 
 
 24
 the Board's decision must be affirmed. Hayes v. Department
 
 
 25
 of the Navy, 727 F.2d 1535, 1537 (Fed.Cir.1984).